| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>TINHO MANG, #322146<br>tmang@marshackhays.com<br>CLAUDIA M. COLEMAN, #329633<br>ccoleman@marshackhays.com<br><br>MARSHACK HAYS LLP<br>870 Roosevelt Avenue<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Richard A. Marshack, Chapter 7 Trustee | **FILED & ENTERED**<br><br>**DEC 01 2020**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY deramus  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>IGOR SHABANETS<br><br>                                        Debtor(s)<br><br>RICHARD A. MARSHACK, in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Igor Shabanets, and as successor Plaintiff to GLOBAL APPROACH, INC., et al.<br><br>                                        Plaintiff(s)<br>vs.<br><br>ROCK STAR BEVERLY HILLS LLC, a Nevada limited liability company; and IGOR SHABANETS, an individual; and DOES 1 through 20, inclusive,<br><br>                                        Defendant(s) | CASE NO.: 8:19-bk-14912-TA<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 8:20-ap-01023-TA<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: 11/17/2020<br>TIME:   10:00 A.M.<br>COURTROOM: 5B<br>PLACE: United States Bankruptcy Court<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): Richard A. Marshack, in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Igor Shabanets, and as successor Plaintiff to Global Approach, Inc., et al.
    and against Defendants (*specify name*): ROCK STAR BEVERLY HILLS, LLC, a Nevada limited liability company, and Igor Shabanets

2. a. ☐ Plaintiff is awarded damages in the following amount:                                $_____
   b. ☐ Plaintiff is awarded costs in the following amount:                                    $_____
   c. ☐ Plaintiff is awarded attorney fees in the following amount:                          $
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                     Page 1                                                    **F 7055-1.2.DEFAULT.JMT**

    e. ☒ Plaintiff is granted the following relief (*specify*):

1) Avoidance of Debtor's transfer of the real property of Igor Shabanets commonly known as 2 Monarch Cove, Dana Point, CA ("Property") pursuant to the Grant Deed recorded on October 30, 2019, in Orange County as Instrument No. 2019000428501, pursuant to 11 U.S.C. § 544 and Cal. Civ. Code § 3439.04(a)(1);

2) Avoidance of Debtor's transfer of the real property of Igor Shabanets commonly known as 2 Monarch Cove, Dana Point, CA ("Property") pursuant to the Grant Deed recorded on October 30, 2019, in Orange County as Instrument No. 2019000428501, pursuant to 11 U.S.C. § 544 and Cal. Civ. Code § 3439.05;

3) Recovery of the avoided transfer pursuant to 11 U.S.C. § 550; and

4) Preservation of the avoided transfer for the benefit of the Estate pursuant to 11 U.S.C. § 551.

See attached page for legal description.

☒ See attached page

3. ☐ This judgment or claim is determined to be non-dischargeable under:    ☐ Bankruptcy Code §523(a) _____
    ☐ Other (*specify*):

4. ☒ The court further orders:

Title to the Property is vested in the name of "Richard A. Marshack, in his capacity as Chapter 7 trustee for the bankruptcy estate of Igor Shabanets."

☐ See attached page

###

Date: December 1, 2020

*[Signature]*
Theodor C. Albert
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 7055-1.2.DEFAULT.JMT

**LEGAL DESCRIPTION**

Real property in the City of Dana Point, County of Orange, State of California, described as follows:

PARCEL 1:
LOT 2 OF TRACT NO. 12119, IN THE CITY OF DANA POINT, AS SHOWN ON A MAP RECORDED IN BOOK 725, PAGE(S) 31 TO 34 INCLUSIVE, OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL OR A PORTION OF THE SAME, ALL OIL, MINERALS, NATURAL GAS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL RESOURCES, METALLIFEROUS OR OTHER ORES, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE PROPERTY, AND ALL RIGHTS ASSOCIATED WITH THE FOREGOING, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORATION AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE PROPERTY, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE PROPERTY AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OF THE UPPER 500 FEET (500) FEET OF THE SUBSURFACE.

PARCEL 2:
A NON-EXCLUSIVE EASEMENT FOR VEHICULAR AND PEDESTRIAN INGRESS AND EGRESS PURPOSES OVER LOT F OF TRACT NO. 13103, AS SHOWN ON A MAP RECORDED IN BOOK 586, PAGES 42 TO 50 INCLUSIVE, OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA.

PARCEL 3:
AN APPURTENANT, NON-EXCLUSIVE EASEMENT FOR VEHICULAR AND PEDESTRIAN INGRESS AND EGRESS, AND ACCESS, MAINTENANCE, INSTALLATION AND REPAIR OF SEWER AND UTILITY LINE AND DRAINAGE, ON, OVER, ACROSS AND THROUGH LOTS D THROUGH I INCLUSIVE, OF TRACT NO. 12674, AS SHOWN ON A MAP RECORDED IN BOOK 581, PAGES 41 TO 46 INCLUSIVE, OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA, AS SAID EASEMENT IS SET FORTH IN THAT CERTAIN EASEMENT AGREEMENT RECORDED FEBRUARY 22, 1988 AS INSTRUMENT NO. 88-77442 OF OFFICIAL RECORDS OF SAID ORANGE COUNTY.

PARCEL 4:
AN APPURTENANT, NON-EXCLUSIVE EASEMENT FOR VEHICULAR AND PEDESTRIAN INGRESS AND EGRESS, AND ACCESS, MAINTENANCE, INSTALLATION AND REPAIR OF SEWER AND UTILITY LINE, AND DRAINAGE, ON, OVER, ACROSS AND THROUGH LOTS A THROUGH D INCLUSIVE, OF TRACT NO. 13103, AS SHOWN ON A MAP RECORDED IN BOOK 586, PAGES 42 TO 50 INCLUSIVE, OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA, AS SAID EASEMENT IS SET FORTH IN THAT CERTAIN EASEMENT AGREEMENT RECORDED FEBRUARY 22, 1988 AS INSTRUMENT NO. 88-77442 OF OFFICIAL RECORDS OF SAID ORANGE COUNTY.

PARCEL 5:
AN APPURTENANT, NON-EXCLUSIVE EASEMENT FOR THE PURPOSE OF PEDESTRIAN ACCESS ON, OVER AND ACROSS THAT PORTION OF PARCEL 2, AS SHOWN ON A MAP FILED IN BOOK 79, PAGE 20 OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF ORANGE COUNTY, CALIFORNIA, BEING A STRIP OF LAND, 16.00 FEET WIDE, THE CENTERLINE OF WHICH IS DESCRIBED AS FOLLOWS:

COMMENCING AT THE MOST SOUTHERLY CORNER OF SAID "PARCEL NO. 2"; THENCE ALONG THE EASTERLY LINE OF SAID PARCEL NORTH 26° 47' 47" EAST 472.01 FEET TO THE TRUE POINT OF BEGINNING; THENCE SOUTH 85° 22' 33" WEST 40.98 FEET; THENCE SOUTH 48° 15' 00" WEST 70.72 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHEASTERLY AND HAVING A RADIUS OF 20.00 FEET; THENCE ALONG SAID CURVE SOUTHERLY 16.63 FEET THROUGH A CENTRAL ANGLE OF 47° 37' 55" TO A POINT OF REVERSE CURVATURE WITH A CURVE CONCAVE WESTERLY AND HAVING A RADIUS OF 50.00 FEET, A RADIAL LINE OF SAID CURVE FROM SAID POINT BEARS NORTH 89° 22' 55" WEST; THENCE ALONG SAID CURVE SOUTHERLY 25.04 FEET THROUGH A CENTRAL ANGLE OF 28° 41' 54" TO A POINT OF COMPOUND CURVATURE WITH A CURVE CONCAVE NORTHERLY AND HAVING A RADIUS OF 76.00

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    F 7055-1.2.DEFAULT.JMT

FEET, A RADIAL LINE OF SAID CURVES FROM SAID POINT BEARS NORTH 60° 41' 01" WEST; THENCE ALONG SAID CURVE SOUTHWESTERLY AND WESTERLY 141.18 FEET THROUGH A CENTRAL ANGLE OF 106° 26' 01" THENCE TANGENT FROM SAID CURVE NORTH 44° °4' 00" WEST 90.68 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHERLY AND HAVING A RADIUS OF 140.00 FEET; THENCE ALONG SAID CURVE NORTHWESTERLY 122.20 FEET THROUGH A CENTRAL ANGLE OF 50° 00' 36" TO THE SOUTHWESTERLY LINE OF SAID PARCEL 2. SAID STRIP OF LAND SHALL BE LENGTHENED OR SHORTENED EASTERLY SO AS TO TERMINATE IN SAID EASTERLY LINE AND WESTERLY SO AS TO TERMINATE IN SAID SOUTHWESTERLY LINE.

PARCEL 6:
AN APPURTENANT NON-EXCLUSIVE EASEMENT FOR THE PURPOSE OF PEDESTRIAN ACCESS ON, OVER AND ACROSS THAT PORTION OF LOT 56 OF TRACT NO. 13103, AS SHOWN ON A MAP RECORDED IN BOOK 586, PAGES 42 THROUGH 50 INCLUSIVE OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA, BEING A STRIP OF LAND, 16.00 FEET WIDE, THE SOUTHEASTERLY LINE OF WHICH IS DESCRIBED AS FOLLOWS:

BEGINNING AT THE EASTERLY CORNER OF SAID LOT 56; THENCE ALONG THE SOUTHEASTERLY LINE OF SAID LOT THROUGH THE FOLLOWING COURSES: SOUTH 65° 00' 00" WEST 10.48 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHEASTERLY AND HAVING A RADIUS OF 41.00 FEET; THENCE ALONG SAID CURVE SOUTHWESTERLY 21.47 FEET THROUGH A CENTRAL ANGLE OF 30° 00' 00"; THENCE TANGENT FROM SAID CURVE SOUTH 35° 00' 00" WEST 55.00 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHWESTERLY AND HAVING A RADIUS OF 84.00 FEET; THENCE ALONG SAID CURVE SOUTHWESTERLY 86.57 FEET THROUGH A CENTRAL ANGLE OF 59° 02' 47" TO THE EASTERLY LINE OF THAT CERTAIN 17.50 FEET WIDE RECREATIONAL TRAIL EASEMENT DEDICATED TO THE ORANGE COUNTY HARBORS, BEACHES AND PARKS DISTRICT SHOWN ON SAID TRACT NO. 13103. SAID STRIP OF LAND SHALL BE LENGTHENED OR SHORTENED NORTHEASTERLY SO AS TO TERMINATE IN THE NORTHEASTERLY LINE OF SAID LOT 56 AND SOUTHWESTERLY SO AS TO TERMINATE IN SAID EASTERLY LINE OF THE RECREATIONAL TRAIL EASEMENT.

PARCEL 7:
AN APPURTENANT NON-EXCLUSIVE EASEMENT FOR PEDESTRIAN ACCESS, AS SAID EASEMENT IS SET FORTH IN SECTION 1.1 OF THAT CERTAIN EASEMENT AGREEMENT RECORDED OCTOBER 16, 1989 AS INSTRUMENT NO. 89-556587 OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

PARCEL 8:
NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT, DRAINAGE, ENCROACHMENT, MAINTENANCE AND REPAIRS, ALL AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FORE MONARCH COVE ("DECLARATION"), RECORDED JANUARY 27, 1998 AS INSTRUMENT NO. 98-44277 OF OFFICIAL
RECORDS OF ORANGE COUNTY, CALIFORNIA.

APN: 672-461-21

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 7055-1.2.DEFAULT.JMT**